STATE OF CONNECTICUT *v.* RAFAEL LOPEZ

The defendant's petition for certification for appeal from the Appellate Court (AC 11676) is dismissed.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided July 14, 1994